UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ANTHONY B. MCCORMICK, ) | |
| ) | |
| *Petitioner*, ) | No. 4:06-CV-06/4:04-CR-26 |
| v. ) | |
| ) | *Chief Judge Curtis L. Collier* |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Petitioner Anthony B. McCormick ("McCormick") has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Presently before the Court is McCormick's motion requesting the Court to rule on his § 2255 motion (Court File No. 13).

As the Court noted in its previous Order, because of the number of state and federal habeas petitions before this Court, priority in reviewing a petition by the Court is based on the date filed. McCormick's 28 U.S.C. § 2255 motion was filed on January 25, 2006. At this time there are approximately twenty petitions to be reviewed before the Court can reexamine McCormick's case. Accordingly, McCormick's motion requesting an immediate ruling on his motion filed pursuant to § 2255 is **DENIED** (Court File No. 13).

**SO ORDERED**.

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**